IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME GREER-EL, # 185535, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:03cv295-D |
| | ) WO |
| J.C. GILES, WARDEN, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On June 21, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that said Recommendation be and the same is hereby adopted, approved and affirmed and that the petition for habeas corpus relief be and the same is hereby DISMISSED with prejudice as time-barred.

DONE this 18th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE