IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME GREER-EL, # 185535, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:03cv295-D |
| | )                WO |
| J.C. GILES, WARDEN, et al., | ) |
| | ) |
|    Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the respondents and against the petitioner and that the petitioner take nothing by his said suit.

DONE this 18th day of July, 2005.

                                            /s/ Ira DeMent
                                          SENIOR UNITED STATES DISTRICT JUDGE