IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME GREER-EL, # 185535, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:03cv295-D |
| | ) WO |
| J.C. GILES, WARDEN, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon careful CONSIDERATION of Petitioner's motion for reconsideration, filed August 23, 2005 (Doc. No. 34), it is ORDERED that said motion be and the same is hereby DENIED.

DONE this 25th day of August, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE