IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME GREER-EL, # 185535, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:03cv295-D |
| | ) WO |
| J.C. GILES, WARDEN, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon careful CONSIDERATION of Petitioner's motion for cause, filed August 30, 2005 (Doc. No. 36), it is ORDERED that said motion be and the same is hereby DENIED.

DONE this 31st day of August, 2005.

  /s/ Ira DeMent  
SENIOR UNITED STATES DISTRICT JUDGE